3:14-CV-44 Page 2 H

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

FILED
2014 JAN 14 AM 11 13
US DISTRICT COURT
NEW HAVEN, CT.

| United States District Court | District | of Connecticut |
|---|---|---|
| Name (under which you were convicted): William K. Oehne | | Docket or Case No.: 3:10-cr-00063-JCH |
| Place of Confinement: USP Tucson, AZ | | Prisoner No.: 34898-183 |
| UNITED STATES OF AMERICA  v. | Movant (include name under which you were convicted) William K. Oehne | |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   United States District Court for the District of Connecticut

   (b) Criminal docket or case number (if you know): 3:10-cr-00063-JCH

2. (a) Date of the judgment of conviction (if you know): October 19, 2010

   (b) Date of sentencing: June 6, 2011

3. Length of sentence: 540 months

4. Nature of crime (all counts): one count of violation of 18 USC 2251
   one count of violation of 18 USC 2252

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐     (2) Guilty ☒     (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? N/A

6. If you went to trial, what kind of trial did you have? (Check one) N/A  Jury ☐    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒
8. Did you appeal from the judgment of conviction?   Yes ☒   No ☐
9. If you did appeal, answer the following:
    (a) Name of court: Second Circuit Court of Appeals
    (b) Docket or case number (if you know):
    (c) Result: Affirmed
    (d) Date of result (if you know): October 25, 2012
    (e) Citation to the case (if you know):
    (f) Grounds raised: Clear error when District Court denied motion to suppress / Sentence imposed was procedurally unreasonable / Sentence near statutory maximum was unreasonable because Petitioner was a "first time" offender who pled guilty

    (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒
        If "Yes," answer the following: N/A
        (1) Docket or case number (if you know): N/A
        (2) Result: N/A
        (3) Date of result (if you know): N/A
        (4) Citation to the case (if you know): N/A
        (5) Grounds raised: N/A

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☒   No ☐
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: U.S. Dist. Ct. for Dist. of Connecticut
        (2) Docket or case number (if you know): 3:10-cr-00063-JCH
        (3) Date of filing (if you know): May 30, 2013

(4) Nature of the proceeding: motion to recall mandate and appoint new counsel
(5) Grounds raised:

Counsel was ineffective for not filing a petition for a writ of certiorari.

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☒
(7) Result: The motion was terminated by Hon. J.C. Hall per Petitioner's request.
(8) Date of result (if you know): October 22, 2013

(b) If you filed any second motion, petition, or application, give the same information: N/A
  (1) Name of court: N/A
  (2) Docket or case number (if you know): N/A
  (3) Date of filing (if you know): N/A
  (4) Nature of the proceeding: N/A
  (5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? N/A Yes ☐   No ☐
(7) Result: N/A
(8) Date of result (if you know): N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
  (1) First petition:      Yes ☐   No ☒
  (2) Second petition: N/A Yes ☐   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: see 11(a)(7) on page 4

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel failed to challenge the constitutionality of the statute(s) of conviction or the jurisdiction of the District Court.

(b) Direct Appeal of Ground One:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐   No ☒
   (2) If you did not raise this issue in your direct appeal, explain why:
   Ineffective assistance of counsel

(c) Post-Conviction Proceedings:
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐   No ☒
   (2) If your answer to Question (c)(1) is "Yes," state: N/A
   Type of motion or petition: N/A
   Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion, petition, or application? N/A
   Yes ☐   No ☐
(4) Did you appeal from the denial of your motion, petition, or application? N/A
   Yes ☐   No ☐
(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal? N/A
   Yes ☐   No ☐
(6) If your answer to Question (c)(4) is "Yes," state: N/A
Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

GROUND TWO: Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Counsel failed to properly investigate the case (as is shown in Grounds Four and Five) before advising the Petitioner to reject the only plea agreement offered by the government, which embodied favorable terms, and subsequently advised the Petitioner to accept a second plea agreement, which was of no practical benefit to the Petitioner but was of immense benefit to the government, therefore untenable as a contract. Because the Petitioner relied on counsel's deficient advice, his plea of guilty was unknowing and therefore involuntary.

(b) Direct Appeal of Ground Two:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐   No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: *Ineffective assistance of counsel*

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐   No ☒

    (2) If your answer to Question (c)(1) is "Yes," state: N/A

    Type of motion or petition: N/A

    Name and location of the court where the motion or petition was filed: N/A

    Docket or case number (if you know): N/A

    Date of the court's decision: N/A

    Result (attach a copy of the court's opinion or order, if available): N/A

    (3) Did you receive a hearing on your motion, petition, or application? N/A

        Yes ☐   No ☐

    (4) Did you appeal from the denial of your motion, petition, or application? N/A

        Yes ☐   No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal? N/A

        Yes ☐   No ☐

    (6) If your answer to Question (c)(4) is "Yes," state: N/A

    Name and location of the court where the appeal was filed: N/A

    Docket or case number (if you know): N/A

    Date of the court's decision: N/A

    Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

GROUND THREE: Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel failed to object to information used by the prosecutor and Judge to increase the Petitioner's sentence and failed to demand this information be submitted to a jury.

(b) Direct Appeal of Ground Three:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

    Yes ☐ No ☒

    (2) If you did not raise this issue in your direct appeal, explain why:

Ineffective assistance of counsel

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

    Yes ☐ No ☒

    (2) If your answer to Question (c)(1) is "Yes," state: N/A

    Type of motion or petition: N/A

    Name and location of the court where the motion or petition was filed: N/A

    Docket or case number (if you know): N/A

    Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion, petition, or application? N/A
Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application? N/A
Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal? N/A
Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state: N/A

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

GROUND FOUR: Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Counsel failed to object to statements / consent that was obtained as a result of coercion or deceptive tactics used by the police, nor did counsel object to the evidence resulting from this error.

(b) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

Ineffective assistance of counsel

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state: N/A

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion, petition, or application? N/A

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application? N/A

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal? N/A

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state: N/A

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

Please go to page 15 for additional grounds.

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: None of the foregoing grounds have been raised prior to the instant motion because ineffective assistance claims are best brought in a collateral proceeding such as a §2255 Motion.

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?  Yes ☐  No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:  
(b) At arraignment ~~and plea:~~  
} Deidre Murry  
10 Columbus Blvd.  
Hartford, CT 06106

(c) ~~At trial~~ plea hearing  
(d) At sentencing:  
} Frank Riccio II  
923 E. Main St.  
Brideport, CT 06608

(e) On appeal: Frank Riccio II

(f) In any post-conviction proceeding: N/A

(g) On appeal from any ruling against you in a post-conviction proceeding: N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐ No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

    (b) Give the date the other sentence was imposed: N/A

    (c) Give the length of the other sentence: N/A

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐ No ☐ N/A

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*    N/A

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

order a hearing to resolve §2255 claims; vacate the guilty plea, conviction, and sentence; re-offer the original plea bargain;

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on __06 JAN 2014__ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

The grounds beginning on this page may be presumed to be followed by the same questions presented in Ground One through Four and to contain the same answers.

Ground Five: Ineffective Assistance of Counsel
Supporting facts: Counsel failed to obtain Brady material, to wit, the audio recording of March 31, 2009. This would have shown that the Petitioner was denied his constitutional right to speak with his attorney.

Ground Six: Ineffective Assistance of Counsel
Supporting facts: Counsel failed to submit a petition for a writ of certiorari as requested by the Petitioner nor did counsel follow any procedure required by a CJA-appointed attorney to avoid filing any such petition.

Ground Seven: Ineffective Assistance of Counsel
Supporting facts: Counsel failed to properly prosecute / litigate this case for fear of receiving adverse publicity for himself due to the nature of the charges and the resulting detrimental effect on his

ability to obtain future clients, a clear conflict of interest.

Ground Eight: Ineffective Assistance of Counsel
Supporting facts: Counsel failed to properly prosecute / litigate this case because he wanted to dispose of the case as quickly as possible. This is due to the fact that as a CJA-appointed attorney, he was paid a flat fee. This results in a desire to expend as little time and resources as possible to collect the fee, another clear conflict of interest.

Ground Nine: Ineffective Assistance of Counsel / Cumulative Effect
Supporting facts: The Petitioner states that each and every one of the foregoing claims of Ineffective Assistance of Counsel merit relief standing on their own. However, the Petitioner respectfully urges this Honorable Court to also consider the cumulative effect of counsel's errors.

From this point, please go back to Page 11.